## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIANNA G., a minor by and** | : | |
| **through her Parents, C.G. and D.G.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civ. No. 16-644** |
| | : | |
| **UNIONVILLE-CHADDS FORD** | : | |
| **SCHOOL DISTRICT,** | : | |
| **Defendant.** | : | |

## <u>O R D E R</u>

    **AND NOW,** this 13th day of July, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                  **AND IT IS SO ORDERED.**

                                    */s/ Paul S. Diamond*

                                    _____

                                    Paul S. Diamond, J.